**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brenda L. Northrup<br>                     Debtor | BK NO. 16-04732 RNO<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION SASCO MORTGAGE LOAN TRUST 2002-12 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002- 12, and index same on the master mailing list.

                                                                  Respectfully submitted,

                                                             **/s/James C. Warmbrodt, Esquire**
                                                             James C. Warmbrodt, Esquire
                                                             KML Law Group, P.C.
                                                             701 Market Street, Suite 5000
                                                             Philadelphia, PA 19106-1532
                                                             (215) 627-1322 FAX (215) 627-7734
                                                             Attorney for Movant/Applicant