```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 16-04732-RNO
Brenda L Northrup                                                         Chapter 13
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: PRatchfor              Page 1 of 1                  Date Rcvd: Jun 13, 2017
                               Form ID: ordsmiss            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
```
db            +Brenda L Northrup,    218 Ridge Avenue,    Waynesboro, PA 17268-1951
4856876       +Aurora Loan Services,    Pob 1706,    Scottsbluff, NE 69363-1706
4856875       +Aurora Loan Services,    Attn: Bankruptcy,    10350 Park Meadows Dr,    Littleton, CO 80124-6800
4856880      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    350 Highland Dr,    Lewisville, TX 75067)
4856878       +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4856879       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
4857865       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4856877        E-mail/Text: cu.collections@marketusafcu.com Jun 13 2017 19:15:18      Market Usa Federal Cu,
                8871 Gorman Rd Ste 100,    Laurel, MD 20723
4856878       +E-mail/Text: Bankruptcies@nragroup.com Jun 13 2017 19:16:05      National Recovery Agency,
                2491 Paxton St,   Harrisburg, PA 17111-1036
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4908130*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,    P.O. Box 619096,
                Dallas, TX 75261-9741)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
               STRUCTURED ASSET SECURITIES CORPORATION SASCO MORTGAGE LOAN TRUST 2002-12 MORTGAGE PASS-THROUGH
               CERTIFICATES SERIES 2002- 12 bkgroup@kmllawgroup.com
              Paul H. Young    on behalf of Debtor Brenda L Northrup ykaecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Brenda L Northrup **Debtor(s)** | Chapter 13 |
| | Case No. 1:16−bk−04732−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: June 13, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk